UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOANETA IOTOVA; ISSAK ALMALEH,

    Plaintiffs,

-against-

US ATTORNEY PREET BHARARA;
OFFICER JAMIE BROOKS; BLANCH LAW
FIRM,

    Defendants.

19-CV-10663 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

    Plaintiff Antoaneta Iotova, currently incarcerated in FMC Carswell, and Plaintiff Issak Almaleh, currently incarcerated in MDC Brooklyn, bring this *pro se* action asserting fraud and malicious prosecution claims. Plaintiffs allege that Defendants "conducted malicious prosecution" and "made a gigantic crime in connection with case 2017-crim-0025 Southern District Court of New York." (ECF No. 1 at 1.) For the following reasons, the Court dismisses the complaint.

    On February 28, 2018, District Judge Katherine B. Forrest enjoined Iotova and Almaleh "from filing any lawsuits against any counsel, court officer, or judicial officer connected to the criminal proceedings during its pendency. Any further such suits shall be summarily dismissed." *United States v. Almaleh, et al.*, ECF 1:17-CR-0025, 108 (S.D.N.Y. Feb. 28, 2018). This action falls within the scope of the February 28, 2018 order and must therefore be dismissed.

**CONCLUSION**

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiffs, and note service on the docket. The Court dismisses Plaintiffs' complaint pursuant to Judge Forrest's February 28, 2018 order. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 20, 2019
        New York, New York

                                                                                 *Louis L. Stanton*
                                                                                   Louis L. Stanton
                                                                                      U.S.D.J.