UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOANETA IOTOVA; ISSAC ALMALEH,

    Plaintiffs,

-against-

US ATTORNEY PREET BHARARA;
OFFICER JAMIE BROOKS; BLANCH LAW
FIRM,

    Defendants.

19-CV-10663 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued November 20, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that pursuant to the February 28, 2018 order in *United States v. Almaleh, et al.*, ECF 1:17-CR-0025, 108 (S.D.N.Y. Feb. 28, 2018), the complaint is dismissed.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

SO ORDERED.

Dated:   November 20, 2019
           New York, New York

                                                Louis L. Stanton
                                                U.S.D.J.